# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

ANTONIO DESHONE DOOLEY,

    Plaintiff,

v.

RUSSELL W. SMITH, and KELLY JARRELL,

    Defendants.

CIVIL ACTION NO.: 4:21-cv-323

## O R D E R

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's April 11, 2022 Report and Recommendation, (doc. 8), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, this case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 27th day of May, 2022.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA